UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHIM SPONSOR, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, Secretary of the U.S. Department of Homeland Security, *et al.,*<br><br>*Defendants.* | Civil Action No. 23-712 (RBW) |

## JOINT MOTION FOR ADMINISTRATIVE STAY

Plaintiffs and Defendants (collectively, "the Parties"), by and through their undersigned counsel, jointly move the Court for an administrative stay of 60 days—*i.e.*, until September 11, 2023—in this matter. On July 12, 2023, undersigned counsel for the Parties discussed this stay via electronic mail. The Parties agree that any further requirements for service, pleadings, responsive pleadings, or answers should be suspended for the reasons provided below:

1. Plaintiffs filed this suit on March 29, 2023, and served the U.S. Attorney's Office on April 5, 2023. Plaintiffs challenge U.S. Citizenship and Immigration Services' ("USCIS") denial of Plaintiffs' humanitarian parole applications under the Administrative Procedure Act, 5 U.S.C. § 706(2)(A). Defendants' current deadline to respond to Plaintiffs' Complaint is July 19, 2023, after two extensions. ECF Nos. 14, 15.

2. On June 26, 2023, USCIS reopened Plaintiffs' Form I-131, Application for Travel Document, thus vacating the decision that Plaintiffs are currently challenging in this litigation. On July 12, 2023, USCIS issued a Request for Evidence ("RFE") for these now-pending Form I-131 applications. Plaintiffs' response is due 87 days from the date the RFE

is issued. Plaintiffs intend to respond to the RFE in the instant case.

3. The Parties agree to file a status report after 60 days to reevaluate the posture of the case, and to inform the Court of the Parties' next steps accordingly.

For the foregoing reasons, the Parties jointly stipulate that there is good cause for an administrative stay in this litigation, and a suspension of all deadlines. A stay of litigation here would serve the interest of judicial economy and conserve the Court's resources.

WHEREFORE, the Parties respectfully request that the case be administratively stayed pending further adjudication on Plaintiffs' Form I-131 applications. A proposed order is enclosed herewith.

Dated: July 13, 2023

/s/ Heidi Meyers
HEIDI J. MEYERS
Law Office of Heidi J. Meyers
11 Broadway, Suite 925
New York, NY 10004
Phone: (646) 508-5225
heidimeyerslaw@hmeyers.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel

/s/ Fizza Batool
FIZZA BATOOL
MO Bar No. 69958
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Counsel for Defendants*