UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAHIM SPONSOR, *et al.*,

       *Plaintiffs,*

   v.

ALEJANDRO N. MAYORKAS, Secretary of
the U.S. Department of Homeland Security, *et al.*,

      *Defendants.*

Civil Action No. 23-712 (RBW)

**JOINT STATUS REPORT**

     Plaintiffs and Defendants (collectively, "the Parties"), by and through their undersigned counsel, jointly submit this status report pursuant to the Court's Minute Order dated July 14, 2023. The Parties provide the following:

1.  Plaintiffs filed this suit on March 29, 2023, and served the U.S. Attorney's Office on April 5, 2023. Plaintiffs challenge U.S. Citizenship and Immigration Services' ("USCIS") denial of Plaintiffs' humanitarian parole applications under the Administrative Procedure Act, 5 U.S.C. § 706(2)(A). On July 13, 2023, the Parties filed a joint motion to stay. ECF No. 16. On July 14, 2023, the Court granted in part and denied in part the Parties' joint motion to stay. The Court vacated all pending deadlines and ordered the Parties to file a joint status report on or before September 11, 2023.

2.  On June 26, 2023, USCIS reopened Plaintiffs' five parole requests filed on Form I-131, Application for Travel Document, thus vacating the decision that Plaintiffs are currently challenging in this litigation. On July 12, 2023, USCIS issued a Request for Evidence ("RFE") for two of those now-pending Form I-131 applications. Plaintiffs' responses are

due 87 days from the date the RFEs were issued, which will be October 10, 2023. Plaintiffs have indicated that they intend to submit their responses to the RFEs to USCIS today, September 11, 2023.

3. Consequently, USCIS will need adequate time to review the responses to the RFEs and render new decisions on the Form I-131s. Therefore, the Parties agree to file another status report after 60 days to reevaluate the posture of the case, and to inform the Court of the Parties' next steps accordingly.

For the foregoing reasons, the Parties jointly stipulate that there is good cause for a continued suspension of all deadlines in the instant case. The Parties agree to file a further joint status report on or before November 10, 2023, in this matter.

WHEREFORE, the Parties respectfully request that any further requirements for pleadings, responsive pleadings, or answers should remain suspended pending further adjudication on Plaintiffs' Form I-131 applications.  A proposed order is enclosed herewith.


Dated: September 11, 2023                            Respectfully submitted,

*/s/ Heidi Meyers*                                  BRIAN M. BOYNTON
HEIDI J. MEYERS                                     Principal Deputy
Law Office of Heidi J. Meyers                       Assistant Attorney General
11 Broadway, Suite 925                              Civil Division
New York, NY 10004
Phone: (646) 508-5225                               WILLIAM C. PEACHEY
heidimeyerslaw@hmeyers.com                          Director
                                                    WILLIAM C. SILVIS
*Counsel for Plaintiffs*                            Assistant Director
                                                    SARAH B. FABIAN
                                                    Senior Litigation Counsel

                                                    */s/ Fizza Batool*
                                                    FIZZA BATOOL
                                                    MO Bar No. 69958
                                                    Trial Attorney

U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Counsel for Defendants*